IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                November 7, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 08-cv-1009-RPM

CRAIG D. KROSKOB and                                              Erik Neusch
LISA D. KROSKOB,                                                  Todd Vriesman


        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,                          Stephen Taylor
ED SCHAFER, Secretary of the United States Department of Agriculture,
FARM SERVICE AGENCY,
an Agency of the United States Department of Agriculture,
TERESA LASSETER, Administrator of the Farm Service Agency,
LEWIS FRANK. State Executive Director for the Colorado Farm Service Agency and
SCOTT A. MILLER, Farm Loan Manager for the Farm Service Agency,
all in their official capacities,

        Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Plaintiffs' Motion to Set Briefing Schedule [13]**

**3:58 p.m.**     **Court in session.**

Court's preliminary remarks.

Mr. Taylor agrees that the proper named defendant should be the Secretary of Agriculture.

4:03 p.m.    Argument by Mr. Neusch.
4:09 p.m.    Mr. Taylor answers questions asked by the Court.

**ORDERED:** **Plaintiffs' Motion for the Court to Set Briefing Schedule to Enforce the National Appeals Division's Final Determination, filed October 15, 2008 [13], is denied.**

4:18 p.m.    Mr. Neusch answers questions asked by the Court.

Court states it does not intend to review the administrative record.

Court instructs counsel to inform the Court on how they want to proceed based on the Court's stated assessment of this case.

**4:32 p.m.**    **Court in recess.**          Hearing concluded.  Total time: 34 min.