IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01009-RPM

CRAIG D. KROSKOB and
LISA D. KROSKOB,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,
ED SCHAFER, Secretary of the United States Department of Agriculture,
FARM SERVICE AGENCY, an agency of the United States Department of Agriculture,
TERESA LASSETER, Administrator of the Farm Service Agency,
LEWIS FRANK, State Executive Director for the Colorado Farm Service Agency,
SCOTT A. MILLER, Farm Loan Manager for the Farm Service Agency, and
BRYAN COOK, Farm Loan Manager for the Farm Service Agency,
all in their official capacity,

    Defendants.

_____

ORDER ON ISSUES IN JOINT STATUS REPORT
_____

Upon review of the Joint Status Report, filed January 19, 2009, and the issues raised therein, it is apparent that despite this Court's repeated statements to plaintiffs' counsel, the plaintiffs believe that implementing the NAD Decision means that the Farm Service Agency ("FSA") must make a debt restructuring decision on the basis of information relevant to the original application date of May 26, 2006. That is legally incorrect. The Farm Service Agency decision as to whether the plaintiffs are eligible for debt restructuring is to be made on the basis of information necessary to that decision as of November 12, 2008. Additionally, there is no explanation for the statement that the FSA is unable to obtain appraisals by January 28, 2009. It is now

ORDERED that the plaintiffs shall provide all information necessary for determining eligibility for a debt restructuring agreement as of November 12, 2008, and it is

FURTHER ORDERED that the Farm Service Agency shall proceed with the necessary appraisals by January 28, 2009.

DATED: January 21st, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge