IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01009-RPM

CRAIG D. KROSKOB and
LISA D. KROSKOB,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,
ED SCHAFER, Secretary of the United States Department of Agriculture,
FARM SERVICE AGENCY, an agency of the United States Department of Agriculture,
TERESA LASSETER, Administrator of the Farm Service Agency,
LEWIS FRANK, State Executive Director for the Colorado Farm Service Agency,
SCOTT A. MILLER, Farm Loan Manager for the Farm Service Agency, and
BRYAN COOK, Farm Loan Manager for the Farm Service Agency,
all in their official capacity,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

Upon consideration of the Defendants' Motion to Dismiss Complaint, filed March 16, 2009, and the plaintiffs' response in opposition, filed April 6, 2009, the Court finds and concludes that there is no longer a justiciable controversy within this court's jurisdiction and that the plaintiffs' avenue for relief from the Farm Service Agency's decision of February 10, 2009, is through the administrative process as outlined in the motion to dismiss.  Accordingly, because of a lack of subject matter jurisdiction, it is

ORDERED that this civil action is dismissed.

DATED: April 8th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge